```
         ___FILED    ___ENTERED
         ___LODGED   ___RECEIVED

         AUG 10 2007
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
         BY                       DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN CASEY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | CASE NO. C06-1644-JLR<br><br><br><br>ORDER OF REMAND |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court remands this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 10th day of August, 2007.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1

06-CV-01644-ORD